PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
U.S. DISTRICT ... GEORGIA
07 JUN 19 PM 3:05
WKS
DEPUTY CLERK

RECEIVED
2007 JUN 11 A 10:00   2007 JUN 25

| DOCKET NUMBER (Tran. Court) |
|---|
| 6:02-CR-6-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 1:07CR129-MEF/TFM |
| CR.MISC.NO. 1261 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| KEVIN SAFFOLD | Middle District of Georgia | Thomasville |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Clay D. Land | |
| | DATES OF SUPERVISED RELEASE: | FROM 4/28/2006 | TO 4/27/2009 |

**OFFENSE**

Conspiracy to Defraud the United States by Passing Counterfeit Postal Money Orders, 18 U.S.C. §500

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF GEORGIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **MIDDLE DISTRICT OF ALABAMA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/6/07
Date

W. Louis Sands
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11 June 2007
Effective Date

U.S. District Judge

(39)