PROB 12C
(7/93)

# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin Saffold                    Case Number: 1:07CR00129-MEF

Name of Sentencing Judicial Officer: Honorable Clay D. Land, United States District Judge, Middle District of Georgia. Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Mark E. Fuller, Chief United States District Judge

Date of Original Sentence: July 3, 2002

Original Offense: Conspiracy to Defraud the United States by Passing Counterfeit Postal Money Orders, 18 USC 371 icw 18 USC 500, a Class D Felony

Original Sentence: 41 months custody followed by a three (3) year term of supervised release.

Type of Supervision: Supervised Release         Date Supervision Commenced: April 28, 2006

Assistant U.S. Attorney: Louis Franklin          Defense Attorney: Federal Defender

## PETITIONING THE COURT

[X]  To issue a summons
[ ]  To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number                    Nature of Noncompliance

1.  Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."

On May 8, 2007, a urine specimen was obtained from Saffold, observed by U.S. Probation Officer Louis D. Johns, Jr. The test revealed a presumptive positive for marijuana and cocaine. Saffold admitted using marijuana and cocaine prior to the drug screen, and he signed and Admission of Drug Use form.

2.  Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."

On June 4, 2007, a urine specimen was obtained from Saffold, observed by U.S. Probation Officer Louis D. Johns, Jr. The test revealed a presumptive positive for marijuana and cocaine. Saffold admitted using marijuana and cocaine prior to the drug screen, and he signed and Admission of Drug Use form.

Case 1:07-cr-00129-MEF-TFM   Document 5   Filed 07/03/2007   Page 2 of 3
Case 1:07-cr-00129-MEF-TFM   Document 3   Filed 07/02/2007   Page 2 of 3

PROB 12C
(7/93)

2

3. **Violation of the condition of supervised release which states, "While on supervised release, the defendant shall not commit another federal, state, or local crime."**

On May 24, 2007, Saffold was arrested by officers of the Coffee County, Alabama, Sheriff's Office and charged with Possession of Controlled Substance-Cocaine. Saffold was a passenger in a vehicle that was stopped at a driver license checkpoint at the intersection of Highway 134 and Highway 189 in Coffee County, Alabama. The driver of the vehicle, Erica Reese, could not find her driver license and was asked to pull the vehicle to the side of the roadway. Officers noticed an alcoholic beverage between the driver and passenger seats, and both occupants were asked to exit the vehicle. A warrant check was conducted for both occupants, and four outstanding warrants for Saffold were found in Houston County, Alabama. Saffold was placed under arrest, and when officers were searching him incident to the arrest, they discovered a small plastic bag in his pants pocket that contained a white powder substance. The white powder substance field tested positive for cocaine.

4. **Violation of Standard Condition of supervised release which states "The defendant shall not illegally possess a controlled substance."**

As noted in Violation Number Four, on May 24, 2007, Saffold was arrested by officers of the Coffee County, Alabama, Sheriff's Office for Possession of a Controlled Substance-Cocaine. Officers discovered four pending warrants from Houston County, Alabama, and he was placed under arrest. When searching Saffold, officers discovered a small plastic bag in his pants pocket that contained a white powder substance. The white powder substance field tested positive for cocaine.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be

    [X]   revoked.
    [ ]   extended one year

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 2, 2007

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

PROB 12C
(7/93)

3

Reviewed and approved: /s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

===

THE COURT ORDERS:

[X] The Issuance of a Summons
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Mark E. Fuller
Chief United States District Judge

3 July 2007
Date