IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 1:07cr129-MEF
)
KEVIN SAFFOLD )

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney J.B. Perrine as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Louis V. Franklin, Sr.

Respectfully submitted this the 1st day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: jb.perrine@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO. <u>1:07cr129-MEF</u>
                                  )
KEVIN SAFFOLD                     )

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following: Jennifer Hart, Esquire.

Respectfully submitted,

/s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: jb.perrine@usdoj.gov