IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. NO.: 1:07cr129-MEF |
| | ) | |
| **KEVIN SAFFOLD** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **KEVIN SAFFOLD**, in the above-styled case.

Dated this 3RD day of August, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO.: 1:07cr129-MEF |
| ) | |
| KEVIN SAFFOLD ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Louis Franklin, Esquire
Chief, Criminal Division
United States Attorney's Office
One Court Square, Suite 201
Montgomery, Alabama 36104

      Respectfully submitted,

      s/ Kevin L. Butler
      KEVIN L. BUTLER
      First Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: kevin_butler@fd.org
      AZ Bar Code: 014138