IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v                        )      CRIMINAL ACTION NO.
                             )      1:07CR129-MEF
KEVIN SAFFOLD                )
```

ORDER

Upon consideration of Counsel's Motion to Substitute Attorney (Doc. 12, filed 8/1/2007), it is

ORDERED that James B. Perrine be substituted as counsel for the United States and that Louis V. Franklin, Sr., be relieved of further duties in the representation of the United States in this case. All prior orders continue in effect.

DONE this 3rd day of August, 2007.

```
                                /s/Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE
```