IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. NO.: 1:07cr129-MEF** |
| | ) | |
| **KEVIN SAFFOLD** | ) | |

## MOTION TO WITHDRAW

**COMES NOW** the Federal Defender Office and requests that our office be allowed to withdraw from representing Mr. Saffold. In support of this motion, undersigned counsel states the following:

1.  On July 12, 2007, the Federal Defender Office was appointed to represent Mr. Saffold. Undersigned counsel and Jennifer Hart have filed notices of appearance.

2.  Based on conversations with Mr. Saffold, it does not appear Mr. Saffold is or will be satisfied with the Federal Defender Offices' attempt to solely investigate, litigate, negotiate and resolve the case.

3.  Mr. Saffold has requested that new counsel be appointed who will allow him more input into case strategy decisions or, in the alternative, that he be allowed to represent himself.

FOR THE REASONS set forth above, Mr. Saffold requests this motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. NO.: 1:07cr129-MEF |
| | ) | |
| **KEVIN SAFFOLD** | ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

J.B. Perrine, Esquire
Chief, Criminal Division
United States Attorney's Office
One Court Square, Suite 201
Montgomery, Alabama 36104

                            Respectfully submitted,

                            s/ Kevin L. Butler
                            KEVIN L. BUTLER
                            First Assistant Federal Defender
                            201 Monroe Street, Suite 407
                            Montgomery, Alabama 36104
                            Phone: (334) 834-2099
                            Fax: (334) 834-0353
                            E-mail: kevin_butler@fd.org
                            AZ Bar Code: 014138