IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cr-129-MEF |
| | ) | |
| KEVIN SAFFOLD | ) | |

## **ORDER**

Having considered the Motion to *Withdr*aw as Attorney (doc. 15) filed the defendant in the above-styled case,

**IT IS ORDERED** that the Motion to Withdraw as Attorney be DENIED without prejudice.

DONE this 22nd day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE