IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07cr129-MEF |
| | ) | |
| KEVIN SAFFOLD | ) | |

## **O R D E R**

It is hereby ORDERED that this matter is set for a revocation hearing on August 8, 2008 at 2:00 P.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 15th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE