# U.S. District Court
## Northern District of Florida (Panama City)
## CRIMINAL DOCKET FOR CASE #: 5:08-mj-00069-LB-1
### Internal Use Only

Case title: USA v. SAFFOLD    Date Filed: 07/01/2008

Assigned to: MAGISTRATE JUDGE LARRY BODIFORD

**Defendant (1)**
KEVIN SAFFOLD

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2008 | 1 | NOTICE by USA of Bench Warrant for Arrest from MD/AL as to KEVIN SAFFOLD (jem) (Entered: 07/07/2008) |
| 07/07/2008 | 2 | NOTICE by USA of Petition for Warrant or Summons for Offender Under Supervision from MD/AL as to KEVIN SAFFOLD (jem) Modified on 7/10/2008 to add District of issue(jem). (Entered: 07/07/2008) |
| 07/09/2008 | 3 | Minute Entry for proceedings held before MAGISTRATE JUDGE LARRY BODIFORD:Initial Appearance in Rule 5(c)(3) Proceedings as to KEVIN SAFFOLD held on 7/9/2008 (Court Reporter CD 2008.) (Attachments: # 1 JUDGE'S CHECKLIST) (jem) (Additional attachment(s) added on 7/10/2008: # 1 JUDGE'S CHECKLIST) (jem). (Entered: 07/10/2008) |
| 07/09/2008 | 4 | COMMITMENT TO ANOTHER DISTRICT as to KEVIN SAFFOLD. Defendant committed to District of MIDDLE DISTRICT OF ALABAMA. Signed by MAGISTRATE JUDGE LARRY BODIFORD on 7/9/08. (jem) (Entered: 07/10/2008) |
| 07/09/2008 | 5 | WAIVER of Rule 5 Hearings by KEVIN SAFFOLD (jem) (Entered: 07/10/2008) |

| 07/10/2008 | ●6 | Letter to MD/AL re: Rule 5 Proceedings with attachments (jem) (Entered: 07/10/2008) |

# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES

Case No. 5:08MJ69-LAB          Date: July 9, 2008
Start: 1:48 pm
End:   1:54 pm

DOCKET ENTRY: INITIAL APPEARANCE
(ND/FL CASE #5:08MJ69-LAB, MD/AL CASE # 1:07CR129-MEF)


PRESENT: Honorable **Larry A. Bodiford**, United States Magistrate Judge

        Jennifer Martin, Deputy Clerk
        CD 2008, Court Reporter
        None present, Asst. U. S. Attorney
        Charles Lammers present-**NOT APPOINTED**, Defense Attorney
        **KEVIN SAFFOLD**, Defendant
                **X** Custody; ___ Bond; ___ O/R

**PROCEEDINGS:**

**X** Defendant advised that he is before a United States Magistrate Judge.

**X** Defendant advised of charges against him, penalties and fines.

**X** Defendant advised not to make any statement before consulting an attorney.

**X** Defendant advised of his right to hire counsel or have counsel appointed.

___ Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

___ Defendant appointed the services of the Federal Public Defender

___ Defendant declined to complete CJA Form 23, and was advised that should he subsequently change his mind, he should file a CJA 23 with Clerk of Court.

___ Defendant will hire his own Counsel: _____

___ Defendant waived counsel for these proceedings only.

___ Defendant advised of his right to reasonable bail.

___ Government moves for a temporary detention hearing.

**X** The dft agreed to return to the Middle District of Alabama to face pending charges.

___ Next Court Date: _____

___ Defendant released on $25,000 UNSECURED bond.

___ Defendant arraigned for trial.
        ___ Waived Formal Reading of the Indictment
        ___ Entered plea of NOT GUILTY on all counts
        ___ Trial Date: _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA        DOCKET NO: 5:08MJ69-LAB
vs.
                                DATE: July 9, 2008
KEVIN SAFFOLD

------------------------------------------------------------

INITIAL APPEARANCE BEFORE UNITED STATES MAGISTRATE

I, LARRY A. BODIFORD, United States Magistrate for the Northern District of Florida, do hereby certify that the Defendant appeared with __X__ without ____ an attorney, and that I have this date advised the Defendant of the following rights and taken the following action:

__X__ 1.   Advised that he/she is before a United States Magistrate

__X__ 2.   Advised of the charge or charges

__X__ 3.   Advised that he/she does not have to make any statement; that he/she has a right to consult with an attorney before making any statement; that any statement that he/she makes could be used against him/her

__X__ 4.   Advised of right to hire an attorney, or have an attorney appointed if, after inquiry, Defendant is found to be unable to hire an attorney

_____ 5.   Defendant executed CJA Form 23

_____ 6.   Federal public defender appointed after determination defendant unable to hire an attorney

_____ 7.   Defendant waived an attorney for initial appearance proceedings only

_____ 8.   Advised that waiver does not prevent representation by an attorney for trial or any other judicial proceedings

_____ 9.   Defendant signed_____ refused to sign_____ waiver after having waived an attorney

_____ 10.  Advised Defendant that he/she should obtain and file CJA 23 if Defendant subsequently decides to request appointment of an attorney

_____ 11.  Defendant admitted financial ability to employ an

```
           attorney
           Attorney:_____

_____12.   Defendant admitted_____ Magistrate found_____ Defendant
           is financially able to employ an attorney

_____13.   Advised of right to preliminary hearing as to probable
           cause on the charge/charges filed

_____14.   Advised no right to preliminary hearing

_____15.   Advised of right to waive preliminary hearing

_____16.   Advised of right to subpoena witnesses and produce
           evidence at preliminary hearing

_____17.   Advised of the consequences of waiver of preliminary
           hearing

_____18.   Advised of the consequences after preliminary hearing

_____19.   Waived preliminary hearing

_____20.   Fix date and time for preliminary hearing
           _____

_____21.   Fix date and time for arraignment
           _____

_____22.   Defendant ordered discharged

_____23.   Defendant ordered bound over to District Court

_____24.   Advised of right to have reasonable bond set

_____25.   Bail set
           (Amount $_____ Type _____)

_____26.   Defendant released on bail

_____27.   Defendant committed.
                                    _____
                                    LARRY A. BODIFORD
                                    UNITED STATES MAGISTRATE

Judge's Notes:
_____
```

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __FLORIDA__

| UNITED STATES OF AMERICA<br>V.<br><br>KEVIN SAFFOLD | COMMITMENT<br>TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>1:07CR129-MEF | District of Arrest<br>5:08MJ69-LAB | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   X Other:  Petition and Order

**DISTRICT OF OFFENSE**
MIDDLE DISTRICT OF ALABAMA

**DESCRIPTION OF CHARGES:**

Violations of Supervised Release

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other

**Representation:** ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☒ None

**Interpreter**   X No   ☐ Yes

MIDDLE DISTRICT OF ALABAMA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7-9-08
Date

Larry A. Bodiford, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466 (Rev. 1/03) Waiver of Rule 5 Hearings

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

_____KEVIN SAFFOLD_____
Defendant

**WAIVER OF RULE 5 HEARINGS**
(All Criminal Cases)

JUDGE:     Larry A. Bodiford

CASE NUMBER:     5:08MJ69-LAB

I understand that charges are pending in the _____Middle_____ District of _____Alabama_____ alleging violation of _____Supervised Release_____ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)     an identity hearing to determine whether I am the person named in the charges;

- *Check one only -*

[ ]     **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4)     request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ]     **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3)     a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4)     a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  )     identity hearing

(  )     preliminary hearing

(  )     identity hearing and have been informed I have no right to a preliminary hearing

(X)     identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Defendant: KEVIN SAFFOLD

WAIVED COUNSEL

7-9-08
Date

Defense Counsel: