### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 1:07cr129-MEF |
| | ) | |
| **KEVIN SAFFOLD** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance on behalf of the Defendant, **KEVIN SAFFOLD,** in the above-styled case.

Dated this 22nd day of July, 2008.

>    Respectfully submitted,

>    s/Christine A. Freeman
>    **CHRISTINE A. FREEMAN**
>    **TN BAR NO.: 11892**
>    Federal Defenders
>    Middle District of Alabama
>    201 Monroe Street, Suite 407
>    Montgomery, AL 36104
>    TEL:   (334) 834-2099
>    FAX:   (334) 834-0353
>    E-Mail: Christine_Freeman@fd.org

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. No.: 1:07cr129-MEF |
| | ) |
| **KEVIN SAFFOLD** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Louis Franklin, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org