IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:07cr129-MEF |
| ) | |
| KEVIN SAFFOLD ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Stephen Ganter, and enters his appearance on behalf of the Defendant, **KEVIN SAFFOLD,** in the above-styled case.

Dated this 22nd day of July, 2008.

Respectfully submitted,

STEPHEN GANTER
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 1:07cr129-MEF |
| | ) | |
| KEVIN SAFFOLD | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Louis Franklin, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

                                        Respectfully submitted,

                                        /s/ Stephen Ganter
                                        STEPHEN GANTER
                                        Bar No.: TX24003732
                                        Federal Defenders
                                        Middle District of Alabama
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        TEL:   (334) 834-2099
                                        FAX:   (334) 834-0353
                                        E-Mail: Stephen_Ganter@fd.org