IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 1:07CR129-MEF |
| KEVIN SAFFOLD | ) | |

## **ORDER**

For good cause, it is **ORDERED** that, pursuant to Court's oral order on July 25, 2008, the detention hearing is **RESET** for **July 30, 2008 at 10:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 29th day of July, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE