# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                ) | Case No.: 1:07cr129-MEF |
| ) | |
| KEVIN SAFFOLD          ) | |

## NOTICE OF WAIVER OF DETENTION HEARING

**COMES NOW** the Defendant, Kevin Saffold, by undersigned counsel, and hereby affirms that, as earlier stated by phone to the parties and Court, Mr. Saffold waives his right to a detention hearing on the Petition to revoke supervised release (D.E. 63).

The Defendant has agreed to be detained subject to his own motion to reopen that matter and the Government has agreed not to oppose the reopening of the question of detention, if such a motion is filed in the future.

Respectfully submitted,
**s/Stephen P. Ganter**
**STEPHEN P. GANTER**
**TX BAR NO.: 24003732**
Attorney for Kevin Saffold
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Louis Franklin, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

      **s/Stephen P. Ganter**
**STEPHEN P. GANTER**
**TX BAR NO.: 24003732**
Attorney for Kevin Saffold
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Kevin_Saffold@fd.org