IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 1:07CR129-MEF |
| KEVIN SAFFOLD | ) | |

## **ORDER**

Pursuant to the *Notice of Waiver of Detention Hearing* (Doc. 31, filed July 29, 2008) and for good cause, it is **ORDERED** that the detention hearing scheduled for July 30, 2008 at 10:00 a.m. is **CANCELLED**. Defendant shall remain in custody pending the revocation hearing.

DONE this 30th day of July, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE